## Richard Fenn *against* John Stille.

### S. C. 2 Dall. 156.

After a recovery in ejectment, and the lessor has conveyed "all his right, title, interest, claim and demand," to the tenant, he may maintain a suit for the mesne profits.

JOHN DUFFIELD recovered by ejectment, in the name of Richard Fenn his lessee, a house and lot in the city of Philadelphia, against the defendant, and afterwards brought this suit for the mesne profits. Pending the action, Duffield, by deed dated 1st November 1787, conveys the premises to the defendant in consideration of 1500l., with the usual words of "all his right, title, interest, claim, and demand of, and in the same."

A case was made for the opinion of the court, whether the lessor of the plaintiff, after conveying his title, could maintain trespass; and whether the deed is not a release of the mesne profits, or does not so operate as to preclude the plaintiff from recovering in this action?

On the part of the defendant were cited, Freem. 367, a release of all ones' right in land will extinguish rent. Bro. Assize, fol. 62. a. pl. 359. One having rented lands at 1s. 6d. per annum, and afterwards released to the tenant the same lands, his heir cannot recover the arrears of rent. S. P. and C. 41. Assi. pl. 6. Litt. § 508. Release of all demands will extinguish every claim. 8 Co. 154. a. Release of all demands will exclude one from all actions, entries and services.

*Per curiam.* It has been settled, that one may maintain trespass founded on his possession, notwithstand- [*155 ing the assignment of his right. No words contained in this deed released the right of action for mesne profits. This suit does not depend on privity of estate, nor is it brought for rent, like the cases cited for the defendant. It is instituted against the defendant as a wrong-doer, and considers him as a trespasser. The expressions of the conveyance release to the defendant, all the title of Duffield to the house and lot, and not any damages sustained by him under former torts or trespasses.

Judgment for the plaintiff.

Messrs. Ingersoll and Sergeant, *pro quer.*

Mr. Tilghman, *pro def.*

Cited in 4 S. & R., 134, in support of the decision that if a plaintiff in ejectment in the form prescribed by the acts of 21st March, 1806, and 13th April, 1807, convey the title pending the suit, he may nevertheless proceed to recover damages and costs.